**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10735-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Ashley A. Hnath
190 Madison Street
Saint Marys PA 15857

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/25/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: The Bank of New York Mellon, Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

The Bank of New York Mellon Trustee
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/28/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-10735-TPA
Ashley A. Hnath                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: gamr              Page 1 of 1              Date Rcvd: Jul 26, 2018
                                Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
14291903       +The Bank of New York Mellon, Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
    Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
     York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES
     2006-14 ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
    Celine P. DerKrikorian    on behalf of Creditor    Specialized Loan Servicing ecfmail@mwc-law.com
    Celine P. DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
     York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES
     2006-14 ecfmail@mwc-law.com
    Celine P. DerKrikorian    on behalf of Creditor    Specialized Loan ecfmail@mwc-law.com
    James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
     as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
     2006-14 bkgroup@kmllawgroup.com
    Kenneth P. Seitz    on behalf of Debtor Ashley A. Hnath thedebterasers@aol.com
    Mark G. Claypool    on behalf of Creditor    Specialized Loan mclaypool@kmgslaw.com,
     knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 9