FILED
10/17/18 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| In Re: | Case No. 16-10735 |
| ASHLEY A. HNATH, | Chapter 13 |
| Debtor(s). | Document No. 93 |
| SPECIALIZED LOAN SERVICING LLC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-14, | |
| Movant | |
| v. | |
| ASHLEY A. HNATH, | |
| and | |
| RONDA J. WINNECOUR (TRUSTEE), | |
| Respondents. | |

**AMENDED NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

COMES NOW, Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-14 ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 88), filed on July 25, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| Notices to be sent to: | Payments to be sent to: |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 15, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Email: lisac@w-legal.com

SO ORDERED
October 17, 2018

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-10735-TPA
Ashley A. Hnath                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: gamr            Page 1 of 1         Date Rcvd: Oct 17, 2018
                          Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db          +Ashley A. Hnath,    190 Madison Street,    Saint Marys, PA 15857-1371
14268187    +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
    Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
     York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES
     2006-14 ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
    Celine P. DerKrikorian    on behalf of Creditor    Specialized Loan Servicing ecfmail@mwc-law.com
    Celine P. DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
     York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES
     2006-14 ecfmail@mwc-law.com
    Celine P. DerKrikorian    on behalf of Creditor    Specialized Loan ecfmail@mwc-law.com
    James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
     as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
     2006-14 bkgroup@kmllawgroup.com
    Kenneth P. Seitz    on behalf of Debtor Ashley A. Hnath thedebterasers@aol.com
    Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing lisac@w-legal.com
    Mark G. Claypool    on behalf of Creditor    Specialized Loan mclaypool@kmgslaw.com,
     knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                      TOTAL: 10