Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ashley A. Hnath**
  Debtor(s)

Bankruptcy Case No.: 16–10735–TPA
Related to Docket No. 98
Chapter: 13
Docket No.: 99 – 98
Concil. Conf.: 4/7/20 at 11:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 2, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 23, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **4/7/20** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 17, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

### INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 16-10735-TPA
Ashley A. Hnath                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: jmar              Page 1 of 2              Date Rcvd: Jan 17, 2020
                             Form ID: 213            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
```
db          +Ashley A. Hnath,    190 Madison Street,    Saint Marys, PA 15857-1371
cr          +THE BANK OF NEW YORK MELLON,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
cr          +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +The Bank of New York Mellon fka The Bank of New Yo,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, CO 80129-2386
14268172    +Anthony Hnath,    115 Flagstone Road,    Saint Marys, PA 15857-3365
14268173    +Apex Asset Management, LLC,    2501 Oregon Pike, Suite 102,    Lancaster, PA 17601-4890
14268175    +Elk Emergency Group, P.C.,    P.O. Box 731584,    Dallas, TX 75373-1584
14268176    +Elk Regional Health Center,    Attn: Cashier,    763 Johnsonburg Road,
              Saint Marys, PA 15857-3498
14268177    +Elk Regional Physicians Group,    763 Johnsonburg Road,    Saint Marys, PA 15857-3498
14268178    +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14268179    +I.C. System, Inc.,    444 Highway 96 East,    P.O. Box 64437,    Saint Paul, MN 55164-0437
14268180    +Joseph J. Hawkins, D.M.D.,    1141 South Michael Road,    Saint Marys, PA 15857-3040
14268181    +Penn Highlands DuBois,    1605 N. Cedar Crst Blvd Ste 110B,    Allentown, PA 18104-2351
14268182    +Penn Highlands Elk,    P.O. Box 6195,    Reading, PA 19610-0195
14268183    +Penn Highlands Physician Network,    1605 N. Cedar Crest Blvd. Suite 110B,
              Allentown, PA 18104-2351
14268184    +R & R Radiology LLC,    P.O. Box 129,    Clearfield, PA 16830-0129
14275719    +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
14268185    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14268186    +Shapiro & DeNardo, LLC,    Attn: Regina M. Holloway, Esquire,    3600 Horizon Drive, Suite 150,
              King of Prussia, PA 19406-4702
14268187    +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
14886232    +The Bank of New York Mellon Trustee,    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14291903    +The Bank of New York Mellon, Trustee(See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14268188    +Thomas Coppolo, Esquire,    19 North Saint Marys Street,    c/o Anthony Hnath,
              Saint Marys, PA 15857-1162
14268189    +Tri-County Urology, Inc.,    761 Johnsonburg Road, Suite 350,    Saint Marys, PA 15857-3480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14268174     +E-mail/Text: lnelson@arcmgmt.com Jan 18 2020 03:18:18     ARC Management Group, LLC,
               1825 Barrett Lakes Boulevard, Suite 505,    Kennesaw, GA 30144-7570
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Specialized Loan
cr              Specialized Loan Servicing
cr              The Bank of New York Mellon FKA The Bank of New Yo
cr              The Bank of New York Mellon FKA The Bank of New Yo
14720819*      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES
               2006-14 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    Specialized Loan Servicing ecfmail@mwc-law.com
```

```
District/off: 0315-1            User: jmar                  Page 2 of 2                   Date Rcvd: Jan 17, 2020
                                Form ID: 213                Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Celine P. DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-14 ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    Specialized Loan ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-14 bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Ashley A. Hnath thedebterasers@aol.com
          Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing lisac@w-legal.com
          Mark G. Claypool    on behalf of Creditor    Specialized Loan mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                           TOTAL: 10