Form RSC Conciliation (Reschedule Conciliation−COVID

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ashley A. Hnath** | : | Case No. 16−10735−TPA |
| *Debtor(s)* | : | |
| | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this *The 31st of March, 2020*, due to the COVID−19 virus pandemic, the conciliation conference scheduled for April 7, 2020 is *RESCHEDULED* to *6/9/20 at 09:30 AM Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.*

cm: Debtor
    Kenneth P. Seitz, Esq.
    Ronda J. Winnecour, Esq.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ashley A. Hnath  
    Debtor

Case No. 16-10735-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: vson    Page 1 of 1    Date Rcvd: Mar 31, 2020  
                  Form ID: RSCcon2    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db         +Ashley A. Hnath,    190 Madison Street,    Saint Marys, PA 15857-1371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
        Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-14 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Celine P. DerKrikorian    on behalf of Creditor    Specialized Loan Servicing ecfmail@mwc-law.com
        Celine P. DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-14 ecfmail@mwc-law.com
        Celine P. DerKrikorian    on behalf of Creditor    Specialized Loan ecfmail@mwc-law.com
        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-14 bkgroup@kmllawgroup.com
        Kenneth P. Seitz    on behalf of Debtor Ashley A. Hnath thedebterasers@aol.com
        Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing lisac@w-legal.com
        Mark G. Claypool    on behalf of Creditor    Specialized Loan mclaypool@kmgslaw.com, knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                              TOTAL: 10