# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-10735-TPA |
| Ashley A. Hnath, | : | |
| Debtor | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED DECEMBER 9, 2020

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 11th day of December, 2020, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated December 9, 2020, along with a copy of the Order dated December 10, 2020, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

| | |
|---|---|
| Executed on: <u>December 11, 2020</u> | Respectfully submitted, |
| | /s/ Jessica L. Tighe |
| | Jessica L. Tighe; Legal Asst. |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |

\*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 16-10735-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Wed Dec  9 10:11:06 EST 2020 | THE BANK OF NEW YORK MELLON<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | THE BANK OF NEW YORK MELLON<br>14841 Dallas Pkwy Suite 425<br>Dallas, TX 75254-8067 |
| The Bank of New York Mellon fka The Bank of<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | ARC Management Group, LLC<br>1825 Barrett Lakes Boulevard, Suite 505<br>Kennesaw, GA 30144-7570 |
| Anthony Hnath<br>115 Flagstone Road<br>Saint Marys, PA 15857-3365 | Apex Asset Management, LLC<br>2501 Oregon Pike, Suite 102<br>Lancaster, PA 17601-4890 | Elk Emergency Group, P.C.<br>P.O. Box 731584<br>Dallas, TX 75373-1584 |
| Elk Regional Health Center<br>Attn: Cashier<br>763 Johnsonburg Road<br>Saint Marys, PA 15857-3498 | Elk Regional Physicians Group<br>763 Johnsonburg Road<br>Saint Marys, PA 15857-3498 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 |
| I.C. System, Inc.<br>444 Highway 96 East<br>P.O. Box 64437<br>Saint Paul, MN 55164-0437 | Joseph J. Hawkins, D.M.D.<br>1141 South Michael Road<br>Saint Marys, PA 15857-3040 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Penn Highlands DuBois<br>1605 N. Cedar Crst Blvd Ste 110B<br>Allentown, PA 18104-2351 | Penn Highlands Elk<br>P.O. Box 6195<br>Reading, PA 19610-0195 | Penn Highlands Physician Network<br>1605 N. Cedar Crest Blvd. Suite 110B<br>Allentown, PA 18104-2351 |
| R & R Radiology LLC<br>P.O. Box 129<br>Clearfield, PA 16830-0129 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Shapiro & DeNardo, LLC<br>Attn: Regina M. Holloway, Esquire<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 | Specialized Loan Servi<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | The Bank of New York Mellon Trustee<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |
| The Bank of New York Mellon Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Thomas Coppolo, Esquire<br>19 North Saint Marys Street<br>c/o Anthony Hnath<br>Saint Marys, PA 15857-1162 | Tri-County Urology, Inc.<br>761 Johnsonburg Road, Suite 350<br>Saint Marys, PA 15857-3480 |
| Ashley A. Hnath<br>190 Madison Street<br>Saint Marys, PA 15857-1371 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Specialized Loan                (u)Specialized Loan Servicing                (u)The Bank of New York Mellon FKA The Bank o

(du)The Bank of New York Mellon FKA The Bank     (d)The Bank of New York Mellon, Trustee(See 4     End of Label Matrix
                                                 c/o Specialized Loan Servicing LLC               Mailable recipients    29
                                                 8742 Lucent Blvd, Suite 300                      Bypassed recipients     5
                                                 Highlands Ranch, Colorado 80129-2386             Total                  34