**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/23/2021

IN RE:

ASHLEY A HNATH
190 MADISON STREET
SAINT MARYS, PA 15857
XXX-XX-9385          Debtor(s)

Case No.16-10735 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/23/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **MCCABE WEISBERG & CONWAY PC (FORMERL**<br>123 S BROAD ST STE 1400<br><br>PHILADELPHIA, PA  19109 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BANK OF NY MELLON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O SPECIALIZED LOAN SVCNG LLC*<br>6200 S QUEBEC ST<br><br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*428/PL@SPS*DKT4PMT-LMT*BGN 9/16*LOAN MOD@27*CL=66955.31*FF | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  3950 |
| **SHAPIRO & DENARDO LLC***<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6539 |
| **COPPOLO & COPPOLO**<br>19 N ST MARYS ST<br>POB 186<br><br>SAINT MARYS, PA  15857 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br><br>LANCASTER, PA  17601 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PENN HIGHLANDS MDCL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7412 |
| **ARC MANAGEMENT GROUP**<br>1825 BARRETT LAKES BLVD STE 505<br><br>KENNESAW, GA  30144 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ELK EMRGNCY GRP/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7430 |
| **ELK EMERGENCY GROUP**<br>PO BOX 731584<br><br>DALLAS, TX  75373-1584 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2150 |
| **ELK EMERGENCY GROUP**<br>PO BOX 731584<br><br>DALLAS, TX  75373-1584 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3930 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br><br>ST PAUL, MN  55164 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ELK RGNL HEALTH/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5388 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br><br>ST PAUL, MN  55164 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ELK RGNL HEALTH/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7175 |

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ELK RGNL HLTH/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9209 |
| **JOSEPH HAWKINS**<br>1141 SOUTH MICHAEL RD<br>SAINT MARYS, PA  15857 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PENN HIGHLANDS DUBOIS++**<br>1605 NORTH CEDAR CREST BLVD<br>STE 110B<br>ALLENTOWN, PA  18104 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  6424~7412/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6424 |
| **PENN HIGHLANDS ELK**<br>PO BOX 6195<br>WYOMISSING, PA  19610 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2774 |
| **PENN HIGHLANDS ELK**<br>PO BOX 6195<br>WYOMISSING, PA  19610 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8754 |
| **PENN HIGHLANDS ELK**<br>PO BOX 6195<br>WYOMISSING, PA  19610 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9754 |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br>ALLENTOWN, PA  18104 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8259 |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br>ALLENTOWN, PA  18104 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6129 |
| **R & R RADIOLOGY**<br>POB 129<br>CLEARFIELD, PA  16830 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9016 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  11,852.91<br>COMMENT:  X1000/SCH*DEFICIENCY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5522 |

| Creditor | Claim Info | Description |
|---|---|---|
| **TRI COUNTY UROLOGY ASSOC**<br>DESAI RAYAN CARDENAS & SMITH<br>205 MARY HIGGINSON LANE<br>LEVEL 1<br>UNIONTOWN, PA  15401 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1246 |
| **ELK REGIONAL HEALTH CTR**<br>763 JOHNSONBURG RD<br>SAINT MARYS, PA  15857 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br>ALLENTOWN, PA  18104 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ANTHONY HNATH**<br>115 FLAGSTONE RD<br>SAINT MARYS, PA  15857 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O SPECIALIZED LOAN SVCNG LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 0.00<br>COMMENT: $0ARRS/PL@SPS*THRU 8/16*LOAN MOD@CID 27*CL=17971.79*FR BNK OF NY-DO( | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3950 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O SPECIALIZED LOAN SVCNG LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 5,208.31<br>COMMENT: PMT/TRIAL MOD*BG 6/17*LOAN MOD@27*DK*FR BNK OF NY-DOC 88 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3950 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O SPECIALIZED LOAN SVCNG LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*LN MOD BGN 11/17*DKT4PMT-LMT*FR SLS DOC 88~WD DOC 91/93*OE | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 3950 |
| **BONIAL & ASSOCIATES PC**<br>14841 DALLAS PARKWAY, SUITE 425<br>DALLAS, TX  75254 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BNY/SLS | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

Case 16-10735-TPA    Doc 115    Filed 06/23/21    Entered 06/23/21 14:05:25    Desc