IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/13/21 12:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:  :  Case No.:  16-10735-TPA
        :
Ashley A. Hnath  :  Chapter:  13
        :
    *Debtor(s).*  :
        :  Date:  9/10/2021
        :  Time:  10:00

### PROCEEDING MEMO

**MATTER**    #116 Motion to Dismiss Case by Trustee
                  #118 Resp. by Debtor

**APPEARANCES:**
    Debtor: Kenneth P. Seitz
    Trustee: James Warmbrodt

**NOTES:**

Warmbrodt:    We haven't received any payments. $4865 is due.

Seitz:    I spoke with the Debtor she had a water emergency. She sent me a copy of a money order 8/7/21 for $400. Willing to take over long term debts in November.

**OUTCOME:**    Continued to December 15, 2021 at 10:30am Case will be dismissed if not completed. MOE

jlm