**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/15/21 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-10735-TPA |
| Ashley A. Hnath | : | Chapter: 13 |
| Debtor(s). | : | |
| | : | Date: 12/15/2021 |
| | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER**      #116 Cont. Motion to Dismiss Case by Trustee

**APPEARANCES:**

    Debtor: Kenneth P. Seitz
    Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:     Request remain open for 60 days. Need $1284 to complete the Plan.

Seitz:     Background of payments made. $1462 has been made on 12/6. $1200 paid on 12/13? She took over long term payments in November., I believe all the arrears are paid.

**OUTCOME:**     Continued to 1/12/22 at 10:30am. MOE

*/s/ signature*

jlm