IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ASHLEY A HNATH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-10735 TPA<br><br>Chapter 13<br><br>Document No.: |

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

March 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/01/2016 and confirmed on 9/21/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,026.00 |
| Less Refunds to Debtor | 89.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,936.76 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 1,700.83 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,700.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3950 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 5,208.31 | 5,208.31 | 0.00 | 5,208.31 |
|     Acct: 3950 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 26,027.62 | 0.00 | 26,027.62 |
|     Acct: 3950 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3950 | | | | |
| | | | | 31,235.93 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ASHLEY A HNATH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ASHLEY A HNATH | 89.24 | 89.24 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7412 | | | | |
|   ARC MANAGEMENT GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7430 | | | | |
|   ELK EMERGENCY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2150 | | | | |
|   ELK EMERGENCY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3930 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5388 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7175 | | | | |
|   IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9209 | | | | |
| | JOSEPH HAWKINS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6424 | | | | |
| | PENN HIGHLANDS ELK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2774 | | | | |
| | PENN HIGHLANDS ELK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8754 | | | | |
| | PENN HIGHLANDS ELK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9754 | | | | |
| | PENN HIGHLANDS PHYSICIAN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8259 | | | | |
| | PENN HIGHLANDS PHYSICIAN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6129 | | | | |
| | R & R RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9016 | | | | |
| | SANTANDER CONSUMER USA** | 11,852.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 5522 | | | | |
| | TRI COUNTY UROLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1246 | | | | |
| | MCCABE WEISBERG & CONWAY PC (FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6539 | | | | |
| | COPPOLO & COPPOLO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ANTHONY HNATH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BONIAL & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ELK REGIONAL HEALTH CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN HIGHLANDS PHYSICIAN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                31,235.93

TOTAL CLAIMED
PRIORITY            0.00
SECURED         5,208.31
UNSECURED      11,852.91

Date: 03/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ASHLEY A HNATH

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:16-10735 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10735-TPA |
| Ashley A. Hnath | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley A. Hnath, 190 Madison Street, Saint Marys, PA 15857-1371 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | The Bank of New York Mellon fka The Bank of New Yo, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14268173 | + | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14268175 | + | Elk Emergency Group, P.C., P.O. Box 731584, Dallas, TX 75373-1584 |
| 14268176 | + | Elk Regional Health Center, Attn: Cashier, 763 Johnsonburg Road, Saint Marys, PA 15857-3498 |
| 14268177 | + | Elk Regional Physicians Group, 763 Johnsonburg Road, Saint Marys, PA 15857-3498 |
| 14268180 | + | Joseph J. Hawkins, D.M.D., 1141 South Michael Road, Saint Marys, PA 15857-3040 |
| 14268181 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |
| 14268182 | + | Penn Highlands Elk, P.O. Box 6195, Reading, PA 19610-0195 |
| 14268183 | + | Penn Highlands Physician Network, 1605 N. Cedar Crest Blvd. Suite 110B, Allentown, PA 18104-2351 |
| 14268184 | + | R & R Radiology LLC, P.O. Box 129, Clearfield, PA 16830-0129 |
| 14268186 | + | Shapiro & DeNardo, LLC, Attn: Regina M. Holloway, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14268187 | + | Specialized Loan Servi, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14886232 | + | The Bank of New York Mellon Trustee, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14291903 | + | The Bank of New York Mellon, Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14268188 | + | Thomas Coppolo, Esquire, 19 North Saint Marys Street, c/o Anthony Hnath, Saint Marys, PA 15857-1162 |
| 14268189 | + | Tri-County Urology, Inc., 761 Johnsonburg Road, Suite 350, Saint Marys, PA 15857-3480 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14268174 | + | Email/Text: lnelson@arcmgmt.com | Mar 28 2022 23:39:00 | ARC Management Group, LLC, 1825 Barrett Lakes Boulevard, Suite 505, Kennesaw, GA 30144-7570 |
| 14268178 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 28 2022 23:39:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14268179 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 28 2022 23:39:00 | I.C. System, Inc., 444 Highway 96 East, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 14275719 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2022 23:39:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14268185 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 28 2022 23:39:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |

TOTAL: 5

# BYPASSED RECIPIENTS

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 24 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Specialized Loan |
| cr | | Specialized Loan Servicing |
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| cr | | The Bank of New York Mellon FKA The Bank of New Yo |
| cr | *+ | The Bank Of New York Mellon, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14720819 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14268172 | ##+ | Anthony Hnath, 115 Flagstone Road, Saint Marys, PA 15857-3365 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-14 ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-14 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-14 bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Specialized Loan Servicing ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES SERIES 2006-14 ecfmail@mwc-law.com |
| Celine P. DerKrikorian | on behalf of Creditor Specialized Loan ecfmail@mwc-law.com |
| Kenneth P. Seitz | on behalf of Debtor Ashley A. Hnath thedebterasers@aol.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing lisac@w-legal.com Llombardi06@law.du.edu |
| Mark G. Claypool | on behalf of Creditor Specialized Loan mclaypool@kmgslaw.com knoxbank@hotmail.com;chartle@kmgslaw.com;aklus@kmgslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Mar 28, 2022 Form ID: pdf900 Total Noticed: 24
TOTAL: 11